# DeKalb County Police Department
## GA0440200
## INCIDENT REPORT

17-042925

## EVENT INFORMATION

| Incident Type: | Incident Start: 5/3/2017 12:21:00 AM | Incident End: 5/3/2017 12:30:00 AM | Loc Code: |
|---|---|---|---|

**Address:**
MOUNTAIN INDUSTRIAL BLVD/ELMDALE DR, , TUCKER, GA, 30084-

## OFFENSES

| Offense: Reckless driving | Counts: 1 | UCR Code: Nonc | Premise Type: | Forcible: False |
|---|---|---|---|---|

## PERSON VICTIM(S)

| Offense: Failure to obey authorized persons directing traffic | Counts: 1 | UCR Code: Nonc | Premise Type: | Forcible: False |
|---|---|---|---|---|
| Offense: Fleeing or attmepting to elude a police officer | Counts: 1 | UCR Code: Nonc | Premise Type: | Forcible: False |
| Offense: No license on person | Counts: 1 | UCR Code: Nonc | Premise Type: | Forcible: False |
| Offense: Driving on wrong side of roadway - exceptions | Counts: 1 | UCR Code: Nonc | Premise Type: | Forcible: False |

## BUSINESS VICTIM(S)

| Name: | Address: 1960 W EXCHANGE PL, , TUCKER, GA, 30084- | Phone: 770-724-7740 |
|---|---|---|

**Associated Offense(s):**

| UCR 1: Nonc | UCR 2: Nonc | UCR 3: Nonc | UCR 4: Nonc | UCR 5: Nonc | UCR 6: | UCR 7: | UCR 8: | UCR 9: | UCR 10: |
|---|---|---|---|---|---|---|---|---|---|

## OFFEFNDERS(S)

| Name (Last Suffix, First Middle): CARTER , JOSHUA AARON SETH | Moniker/Nickname: | DOB: /1995 | Age: 22 | Sex: M | Race: B | Ethnicity: |
|---|---|---|---|---|---|---|
| Address: , STONE MOUNTAIN, GA, 30088- | | Home #: | Cell #: | | Email: | |
| SSN: | Resident Status: | Height: 509 | Weight: 130 | Hair Color: 1 | Hair Style: | Eye Color: 2 | OLN#/State: 057145260 GA |

**Associated Offense(s):**

| UCR 1: | UCR 2: | UCR 3: | UCR 4: | UCR 5: | UCR 6: | UCR 7: | UCR 8: | UCR 9: | UCR 10: |
|---|---|---|---|---|---|---|---|---|---|

## VEHICLE(S)

| Veh. Year: 2002 | Make: INFINITI | Model: I35 | Color: COPPER | Plate: QBP2864 | State: GA | VIN: JNKDA31A72T022570 |
|---|---|---|---|---|---|---|

## PROPERTY

| Status: SA | Description: Firearms | Make: TAURUS | Model: 709 SLIM | Serial: TJM48939 |
|---|---|---|---|---|
| Quantity: 1 | Value: 400.0000 | Date Recovered: | UCR Code: Nonc | Related To: CARTER, JOSHUA AARON SETH |

GOVERNMENT EXHIBIT A
1:22-CR-389-ELR-JEM
PENGAD 800-631-6989

| Status: | Description: | Make: | Model: | Serial: |
|---|---|---|---|---|
| SA | Firearms | | | |
| Quantity: | Value: | Date Recovered: | UCR Code: | Related To: |
| 1 | 10.0000 | | Nonc | CARTER, JOSHUA AARON SETH |
| Status: | Description: | Make: | Model: | Serial: |
| SA | Firearms | | | |
| Quantity: | Value: | Date Recovered: | UCR Code: | Related To: |
| 1 | 10.0000 | | Nonc | CARTER, JOSHUA AARON SETH |

## DRUG(S)

## NARRATIVE(S)

INITIAL REPORT

On 5/3/2017 at approximately 12:21am while officers were working the scene of a person hit by a motor vehicle call (Report #17-042903) at the intersection of Mountain Industrial Blvd and Roger Marten Way, Ofc. Choulat #3014, had flares set up in the south bound lanes of Mountain Industrial Blvd and was directing traffic around the accident scene. The suspect, later identified as Mr. Joshua Aaron Seth Carter, approached the scene in a copper 2002 I35 GA #QBP2864 and disregarded Ofc. Choulat's commands to stop the vehicle.

   After disregarding Ofc. Choulat's post, several more officers gave verbal and visual commands with flashlights and hand signals for Mr. Carter to stop his vehicle at which point Mr. Carter accelerated the vehicle and continued past the accident scene as well as the officers while traveling south bound on Mountain Industrial Blvd in the north bound lane.

   I, along with Sgt. Starnes #2995, entered our patrol vehicles in pursuit of the Infiniti. Both myself and Sgt. Starnes needed to travel in excess of 100mph in order to catch up to Mr. Carter. I initiated a traffic stop of the vehicle, at which point I detained and identified Mr. Carter.

   Upon requesting Mr. Carter's Driver's license he advised that it was still inside of the vehicle and requested that I search the vehicle to locate it. I conducted an extensive search of the vehicle and did not locate a Driver's license or any other form of identification inside.

   At the time of the traffic stop, Mr. Carter was in possession of a black 9MM Taurus 709 slim automatic handgun as well as 9MM Ruger Rounds.

   Mr. Carter was cited for Reckless Driving (citation #16874283ET), Fleeing and Eluding (citation #16874284ET), No License on Person (citation #16874285ET), Failure to Obey Officers directing traffic (citation #17003675ET) and Driving on the wrong side of roadway (citation #17003674ET).

   Ofc. Brown #2743 responded and transported Mr. Carter to Dekalb Jail without incident and placed the 9MM Taurus and 9MM rounds in the county property room for safekeeping.