**STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

CRIMINAL ACTION NO. 17C08389-5

The State
vs.

JOSHUA AARON SETH CARTER

OFFENSE(S): CT 1: FAILURE TO CARRY LICENSE  CT 2: FAILURE TO OBEY PERSON DIRECTING TRAFFIC  CT 3: DRIVING ON WRONG SIDE OF ROADWAY  CT 4: RECKLESS DRIVING  CT 5: FLEEING OR ATTEMPTING TO ELUDE A POLICE OFFICER  CT 6: FAILURE TO CARRY LICENSE

☑ PLEA    ☐ VERDICT    ☑ OTHER DISPOSITION

☑ NEGOTIATED
☑ GUILTY ON COUNT(S) 2
☐ NOLO CONTENDERE ON COUNT(S)___

☐ JURY
☐ NON-JURY

☐ GUILTY ON COUNT(S)___
☐ NOT GUILTY ON COUNT(S)___

☑ NOLLE PROSEQUI ORDER ON COUNT(S) 1, 3-6
☐ DEAD DOCKET ORDER ON COUNT(S)___

| | | | |
|---|---|---|---|
| Fine Amount: 300 | Photo Cost: ___ | | Drug Assessment: ___ |
| POPIDF: 30 | Joshua's Law: 4.50 | | Crime Lab Fee: ___ |
| Plus 10%: 30 | Victim's Fund: ___ | | Restitution: ___ |
| Jail staffing: 30 | Brain & Spinal Injury Trust Fund: ___ | | Public Defender Fee: ___ |
| Victims Assistance: 15 | | | Court Costs: 25 |
| * Mandatory Assessment on All Fines. | Total Amount Due: 438.50 | | Law Library: 4 |

## IT IS CONSIDERED, ORDERED AND ADJUDGED BY THE COURT:

Defendant is to serve a sentence of ___ hours / days / months, consisting of ___ hours/days/months in confinement, credit for ___ hours / days / months already served, and the remainder on Probation.

**PROVIDED THAT:**

( ) 1. The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation: **(A)** not violate the criminal laws of any governmental unit; **(B)** avoid injurious and vicious habits-especially alcohol intoxication and narcotics and other dangerous drugs unless prescribed lawfully; **(C)** avoid persons or places of disreputable or harmful character; **(D)** report to the Probation Officer as directed and permit each Officer to visit him/her at home or elsewhere; **(E)** work faithfully at suitable employment insofar as may be possible; **(F)** not change his/her present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor; **(G)** support his/her legal dependents to the best of his/her ability.

(✓) 2. Payment by defendant of the fine and costs in the amount of $ 438.50, and restitution in the stipulated amount of $___, shall be a condition of probation.

( ) 3. The defendant shall perform ___ hours of community service at times and places specified by the Probation Office.

( ) 4. The defendant shall report to the DeKalb County Jail on ___ at ___ o'clock (a.m.)(p.m.).

( ) 5. Defendant is to attend a Risk Reduction Program and/or undergo alcohol and/or drug evaluation and treatment as directed by the Probation Office, and/or attend AA/NA ___ times a week for ___ months, and show proof of same to the Probation Office.

( ) 6. Defendant is to pay $___ per month supervision fee.

( ) 7. Defendant may work off fine and fees by performing community service at the rate of $___ per hour.

( ) 8. Defendant is to submit to random screening of blood, breath, urine or other bodily substances, at Defendant's cost.

( ) 9. Defendant to complete approved Domestic Violence Intervention Program and to return to court on ___ at ___ a.m./ p.m. to show compliance.

( ) 10. Non-Reporting Probation once all conditions are met. However, Defendant shall report for no less than ___ months.

(✓) 11. Other: pay instanter and close case

SO ORDERED this 5 day of February, 20 18.

_____
Judge, State Court of DeKalb County

-NOTICE-

I have read or have had read to me the above conditions of probation and the Court's General Conditions of Probation. I understand that my probation sentence. I also understand that my probation may be revoked, I may be immediately arrested, and the balance of my probation served in jail if

Mike Jacobs

Joshua Cartr
Defendant

ORIGINAL

GOVERNMENT EXHIBIT B  1:22-CR-389-ELR-JEM

No. 17C08389 5B
DEKALB COUNTY STATE COURT

ORIGINAL

# THE STATE

vs

# JOSHUA AARON SETH CARTER

OTN:

17S2224537-05

Ct. 1: Failure to Carry License
**(Ct. 2)** Failure to Obey Person Directing Traffic
Ct. 3: Driving on Wrong Side of Roadway
Ct. 4: Reckless Driving
Ct. 5: Fleeing or Attempting to Elude a Police Officer
Ct. 6: Failure to Carry License

Upon Motion of the State **5** count(s) **1,3,4,5,6** is hereby Nolle Prosequied on a plea to **1** count(s) **2**
This **5** day of **Feb**, 20**18**

_____
Judge, State Court

The Defendant, Joshua Aaron Seth Carter, waives copy of the Accusation, list of witnesses, formal arraignment, and pleads

**guilty**.

This the **5** of **Feb** 20**18**

_____
Prosecutor

_____
Defendant's Attorney

**Joshua Carter**
Defendant

List of Witnesses:
1. Ofc. M Williams, Jr., Lead Law Enforcement 3147
   DeKalb County Police Department
2. Ofc M P Brown, Law Enforcement 2743
   DeKalb County Police Department
3. Ofc T J Choulat, Law Enforcement 3014
   DeKalb County Police Department
4. Officer Q S Starnes, Law Enforcement 2995
   DeKalb County Police Department

STATE OF GEORGIA, COUNTY OF DEKALB									ACCUSATION
IN THE STATE COURT OF SAID COUNTY,

### COUNT 1
On behalf of the citizens of the State of Georgia, the undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does charge and accuse **JOSHUA AARON SETH CARTER** with the offense of **FAILURE TO CARRY LICENSE** for that said accused, **on or about the 3rd day of May, 2017**, operate a motor vehicle at such time that the accused was not carrying a drivers license, in violation of O.C.G.A. 40-5-29(a);

### COUNT 2
The undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does further charge and accuse **JOSHUA AARON SETH CARTER** with the offense of **FAILURE TO OBEY PERSON DIRECTING TRAFFIC** for that said accused, **on or about the 3rd day of May, 2017**, did unlawfully fail to comply with the lawful direction of Officer Williams, a police officer, designated by DeKalb County Police Department, invested by law with authority to direct traffic, in violation of O.C.G.A. 40-6-2;

### COUNT 3
The undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does further charge and accuse **JOSHUA AARON SETH CARTER** with the offense of **DRIVING ON WRONG SIDE OF ROADWAY** for that said accused, **on or about the 3rd day of May, 2017**, did fail to operate a motor vehicle on the right half of Mountain Industrial Boulevard under circumstances not falling within the exceptions contained in this Code Section., in violation of O.C.G.A. 40-6-40;

### COUNT 4
The undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does further charge and accuse **JOSHUA AARON SETH CARTER** with the offense of **RECKLESS DRIVING** for that said accused, **on or about the 3rd day of May, 2017**, did unlawfully drive a motor vehicle in reckless disregard of the safety of persons or property by driving at a high rate of speed, in violation of O.C.G.A. 40-6-390;

### COUNT 5
The undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does further charge and accuse **JOSHUA AARON SETH CARTER** with the offense of **FLEEING OR ATTEMPTING TO ELUDE A POLICE OFFICER** for that said accused, **on or about the 3rd day of May, 2017**, did willfully fail to stop for a pursuing police officer after being given visual or audible signals to stop, in violation of O.C.G.A. 40-6-395(a);

### COUNT 6
The undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does further charge and accuse **JOSHUA AARON SETH CARTER** with the offense of **FAILURE TO CARRY LICENSE** for that said accused, **on or about the 3rd day of May, 2017**, operate a motor vehicle at such time that the accused was not carrying a drivers license, in violation of O.C.G.A. 40-5-29(a);

the above offense(s) having occurred in DeKalb County, Georgia contrary to the laws of this State, the good order, peace and dignity thereof.

DEKALB STATE COURT									DONNA COLEMAN STRIBLING, Solicitor-General

STATE COURT OF
DEKALB COUNTY, GA

2017 AUG 30 PM 12: 36

FILED

_____, Prosecutor

Scanned 2/9/2018 3:37 PM Clerk State Court of DeKalb County

IN THE STATE COURT OF DEKALB COUNTY, STATE OF GEORGIA

Defendant: _Joshua Carter_   Case No.: _17C08389_

## RECORD OF DEFENDANT PRIOR TO ENTERING A PLEA

**Under the penalty of perjury, the Defendant swears or affirms:**

A. I am not under the influence of alcohol or drugs and I am not suffering from any mental or physical disabilities.
B. I acknowledge (waive) the receipt of a copy of the accusation and I understand the charge(s) stated in the accusation.
C. I understand:
   1) each misdemeanor offense carries a maximum penalty of 12 months in jail which may be spent on probation, reporting or non-reporting, with additional conditions including the performance of community service and payment of a fine up to $1,000 ($5,000 for misdemeanors of a high and aggravated nature) and the court may order the sentence of each such offense to run consecutively, that is one following the other;
   2) if I violate any criminal laws of any governmental unit or any terms and conditions of probation, the Court may revoke all or part of the balance of the probation period and sentence me to serve that time in jail;
   3) I have the right to be represented by an attorney and if I cannot afford an attorney, the court may appoint an attorney to represent me at no cost if I meet certain income guidelines;
   4) a lawyer may be able to provide defense(s) to the charge(s) and/or assist in mitigating the sentence;
   5) a not-guilty plea will be entered for me if I remain silent and I will be scheduled for a jury trial;
   6) **my guilty plea may result in deportation if I am not a citizen of the United States;**
   7) the judge is not required to follow the recommendations of the solicitor in imposing the sentence;
   8) if the court intends to reject the plea agreement, the disposition of the case may be less favorable to me than that contemplated by the plea agreement;
   9) I am prohibited from possessing, receiving, shipping and transporting a firearm under federal law if I enter into a plea to a domestic violence charge.
   10) all habeas corpus proceedings challenging a conviction must be filed one year from the date on which the conviction becomes final except in traffic cases where the time limitation is six months. See O.C.G.A. 9-14-42; 40-13-33.
D. I understand by entering a **plea of guilty** or **nolo contendere** I WAIVE:
   1) the right to a speedy and public trial by jury;
   2) the right to have State prove my guilt beyond a reasonable doubt;
   3) the presumption of innocence;
   4) the right to confront witnesses against me;
   5) the right to subpoena witnesses;
   6) the right to testify and to offer other evidence;
   7) the right to assistance of counsel at all stages of trial; and
   8) the right not to incriminate or testify or produce evidence against myself

I freely and voluntarily enter my plea of _Josh Carter Guilty_ to the charge(s) against me. No promises, threats or inducements have been made to me by anyone.

_✓_ I am NOT represented by a lawyer. I understand the nature of the charges against me and the consequences of my plea. I freely and voluntarily waive the benefit of counsel and choose to represent myself in this plea proceeding.

_[signature]_   _Joshua Carter_   2/5/18
                Defendant            Date

[ ] Matthew Ciccarelli, Asst. Solicitor-General
[ ] Kai Dickson, Asst. Solicitor-General    Defense Attorney _Michael Sheridan_   2/5/18
[✓] _Jean Hightower_, Asst. Solicitor-General   Print name/phone no.: 770-484-0927   Date

The Court finds the Defendant understands the nature and consequence of Defendant's action and the Defendant is freely and voluntarily entering into this plea. The Court is satisfied there has been a sufficient factual basis for the acceptance of this plea. As to pro se defendants, the Court has determined the Defendant understands Defendant's right to counsel and has knowingly, voluntarily and intelligently waived that right. IT IS HEREBY ORDERED the Defendant's plea be accepted.

This _5th_ day of _Feb_, 20_18_.

_[signature]_
Judge, State Court of DeKalb County

Plea Form 03/06/15