# DeKalb County Police Department
## GA0440200
## INCIDENT REPORT

15-068750

| EVENT INFORMATION | | | |
|---|---|---|---|
| **Incident Type:** | **Incident Start:** 7/15/2015 6:07:00 PM | **Incident End:** 7/15/2015 6:07:00 PM | **Loc Code:** |
| **Address:** 4844 MARTINS CROSSING RD, , STONE MOUNTAIN, GA, | | | |

| OFFENSES | | | | |
|---|---|---|---|---|
| **Offense:** NO TAG | **Counts:** 1 | **UCR Code:** NONC | **Premise Type:** | **Forcible:** False |

| PERSON VICTIM(S) | | | | |
|---|---|---|---|---|
| No license on person | 1 | NONC | | False |
| **Offense:** NO EYE PROTECTION | **Counts:** 1 | **UCR Code:** NONC | **Premise Type:** | **Forcible:** False |
| **Offense:** Brake lights and turn signals | **Counts:** 1 | **UCR Code:** NONC | **Premise Type:** | **Forcible:** False |
| **Offense:** No insurance (motorcycle) | **Counts:** 1 | **UCR Code:** NONC | **Premise Type:** | **Forcible:** False |
| **Offense:** WRONG CLASS | **Counts:** 1 | **UCR Code:** NONC | **Premise Type:** | **Forcible:** False |

| BUSINESS VICTIM(S) | | |
|---|---|---|
| **Name:** STATE OF GA | **Address:** 1960 W EXCHANGE PLC, , TUCKER, GA, 30087- | **Phone:** |

**Associated Offense(s):**

| UCR 1: Nonc | UCR 2: Nonc | UCR 3: Nonc | UCR 4: Nonc | UCR 5: Nonc | UCR 6: Nonc | UCR 7: | UCR 8: | UCR 9: | UCR 10: |
|---|---|---|---|---|---|---|---|---|---|

| OFFEFNDERS(S) | | | | | | |
|---|---|---|---|---|---|---|
| **Name (Last Suffix, First Middle):** CARTER , JOSHUA AARON SETH | **Moniker/Nickname:** | **DOB:** 1995 | **Age:** 20 | **Sex:** M | **Race:** B | **Ethnicity:** N |
| **Address:** , , STONE MOUNTAIN, GA, 30088- | | **Home #:** | **Cell #:** | | **Email:** | |
| **SSN:** | **Resident Status:** | **Height:** 509 | **Weight:** 130 | **Hair Color:** 1 | **Hair Style:** | **Eye Color:** 2 | **OLN#/State:** 057145260 GA |

**Associated Offense(s):**

| UCR 1: | UCR 2: | UCR 3: | UCR 4: | UCR 5: | UCR 6: | UCR 7: | UCR 8: | UCR 9: | UCR 10: |
|---|---|---|---|---|---|---|---|---|---|

| VEHICLE(S) | | | | | | |
|---|---|---|---|---|---|---|
| **Veh. Year:** | **Make:** TTR | **Model:** APOLLO | **Color:** GREEN | **Plate:** | **State:** | **VIN:** L08YGJGDXF1000131 |

## PROPERTY

## DRUG(S)

GOVERNMENT EXHIBIT
C
1:22-CR-389-ELR-JEM
PENGAD 800-631-6989

## NARRATIVE(S)

### INITIAL REPORT

ON 7/15/2015 AT 1807 HRS I WAS TRAVELING SOUTH ON MARTINS RD WHEN I OBSERVED A GREEN AND WHITE DIRT BIKE WITH NO TAG DISPLAYED TRAVELING IN THE ROAD WAY.  I THEN FOLLOWED THE DIRT BIKE ONTO MARTINS CROSSING RD AND INITIATED A TRAFFIC STOP BEFORE S HAIRSTON RD.  I THEN ASKED THE DRIVER FOR HIS DRIVERS LICENSE AND PROOF OF INSURANCE.  THE RIDER TOLD ME HE LEFT HIS LICENSE AT HOME AND DID NOT HAVE ANY INSURANCE ON THE BIKE.  I THEN ASKED HIM WHAT SIZE THE BIKE WAS AND HE TOLD ME IT WAS A 125 CC.  I THEN ASKED FOR HIS NAME AND DATE OF BIRTH AND HE TOLD ME HIS NAME WAS JOSHUA CARTER.  I THEN CHECKED THIS INFORMATION ON NCIC/GCIC AND SHOWED THAT MR CARTER DID HAVE A VALID CLASS C LICENSE BUT NO CLASS M OR MP.  MR CARTER WAS WEARING A HELMET BUT HIS GOGGLES WERE ABOVE HIS EYES, NOT COVERING HIS EYES.  MR CARTER WAS THEN CITED AND RELEASED AT THE SCENE.  DURING THIS INCIDENT MR CARTER WAS VERY HOSTILE AND WAS REFUSING TO SIGN THE CITATIONS AND WAS VIDEOING THE STOP.  HE WOULD CONTINUE TO WALK UP ON ME INVADING MY PERSONAL SPACE.  I HAD TO CALL FOR ANOTHER UNIT.  DURING THIS INCIDENT I PUT MAINSTREET PARK DR AS THE STOP LOCATION WHEN IT WAS ACTUALLY MARTINS CROSSING RD.  AFTER MR CARTER LEFT, I REPRINTED THE CITATIONS WITH THE CORRECT LOCATION AND VOIDED THE OTHER CITATIONS.  MR CARTERS SIGNATURE WAS NOT REALLY A SIGNATURE.  BECAUSE HE DID NOT WANT TO SIGN THEM HE JUST DREW A STAIGHT LINE ACROSS THE CITATION.  THE DIRT BIKE WAS IMPOUNDED TO STATEWIDE WRECKER SERVICE.