# CA22481392



# EDMONTON POLICE SERVICE
## CONFIDENTIAL

This file may contain information obtained from a Confidential Human Source that is considered sensitive and confidential in nature.



EPS Internal - Not for Disclosure

# File: CA22481392

| | |
|---|---|
| Occurrence Type: | DRUGS2 - POSSESSION FOR THE PURPOSE OF TRAFFICKING |
| Occurrence Time: | 2022/06/01 00:00   To:  2022/11/29 13:00 |
| Reported Time: | 2022/07/10 08:59 |
| Remarks: | [REPORT - Dispo code/s - REPORT - ONGOING SPT#2 INVESTIGATION] [CDSA Search WARRANT RF01 & RF03 File number was listed at 22-481393, which it should have been 22-481392, discrepancy noted in #3742 Narrative.] |

EPS Internal - Not for Disclosure

# File Summary

| Author: | #3502 KUZMA, R.(Member i/c) | Created: | 2022/07/10 09:03 |
|---|---|---|---|
| | | Approved: | 2022/07/11 08:00 |

SPT#2 has opened a proactive investigation into ▮▮▮▮▮ and his criminal activity. Any information regarding ▮▮▮ current residence please forward to Cst. Kuzma.

| Author: | #3502 KUZMA, R.(Member i/c) | Created: | 2022/11/29 21:01 |
|---|---|---|---|
| | | Approved: | 2022/11/30 00:49 |

On December 3, 2020 the AC: ▮▮▮▮▮▮▮▮▮▮ signed a release order for Drug trafficking charges plus additional charges (EPS File #20-152193). ▮▮▮▮▮ was released on the following conditions:

1) YOU MUST NO POSSESS, A FIREARM, CROSSBOW, PROHIBITED WEAPON, RESTRICTED WEAPON, PROHIBITED DEVICE, AMMUNITION, PROHIBITED AMMUNITION OR AN EXPLOSIVE SUBSTANCES.

2) YOU MUST NOT PURCHASE, POSSESS, USE OR CONSUME CONTROLLED DRUGS NOT PRESCRIBED FOR YOU BY A DOCTOR OR DENTIST.

On March 20, 2021, the AC: ▮▮▮▮▮▮▮▮▮▮ was released on a $1000 cash bail for drug trafficking charges along with several other offences (EPS File #20-148881). ▮▮▮▮▮▮▮▮▮▮ was released on the following conditions:

1) YOU MUST NOT PURCHASE, POSSESS, USE OR CONSUME CONTROLLED DRUGS NOT PRESCRIBED FOR YOU BY A DOCTOR OR DENTIST

In June of 2022, Special Project Team #2 (SPT#2) initiated a drug trafficking investigation involving ▮▮▮▮▮ after receiving confidential information that ▮▮▮ was trafficking drugs from a business location.

Further investigation determined that the AC: ▮▮▮▮▮ owns and operates a business named A1 Scrap Recycling from a building located at 6144/6150 88 Street. Special Project Team #2 conducted surveillance at the location on several occasions and documented many people coming and going at different hours of the day. During the investigation ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and his brother ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were identified as suspects in the investigation.

From September 12, 2022 to November 21, 2022, police conducted physical surveillance on 14 separate days, observing a total of 12 believed drug transactions conducted by various people directly from 6144/6150 88 Street. Police observations had several of the individuals involved in believed drug transactions, utilizing cell phones upon arriving at 6144/6150 88 Street, supporting the belief that the transactions were arranged by use of communication.

▮▮▮ was also observed holding a cell phone while police were conducting surveillance.

On November 29, 2022 SPT#2 obtained a search warrant pursuant to Section 11 of the Controlled Drugs and Substances Act, for a period of 48 hours, for:

-6144/6150 88 Street
-#109, 10250 115 Street.

EPS Tactical Unit assisted with consecutive executions of the above locations. The following items were located:

- Loaded Glock 9mm handgun (Serial BVL2580) containing a full capacity magazine of 10 rounds, not locked or secured (found inside #109, 10250 115 Street);
- Promag Industries 50 round Drum Magazine that contained 41 9mm rounds (found in #109, 10250 115 Street);
- Residency and identification documents belonging to ▮▮▮, ▮▮▮ ▮▮▮ and ▮▮▮ (found inside #109, 10250 115 Street);
- Twenty .762 rifle rounds were found inside pair of shoes belonging to ▮▮▮ (found inside 6144/6150 88 Street);

The following controlled substances were found at both addresses:

- 1431.94 grams of fentanyl, if sold at the gram level has an estimated street value of $286,388.00;
- 2267.33 grams of cocaine, if sold at the gram level has an estimated street value of $181,386.00;
- $9845 Canadian Currency;

Total estimated street value of the seized controlled substances is $468,150.00

At 1250 hours the AC: ▮▮▮ was arrested by EPS Tactical Unit inside #109, 10250 115 Street. He was transported to Detainee Management Unit.

At 1415 hours the AC: ▮▮▮ was arrested by EPS Tactical Unit inside 6144/6150 88 Street. He was transported to Detainee Management Unit.

At 1420 hours the AC: ▮▮▮ (▮▮▮ was arrested by EPS Tactical Unit inside 6144/6150 88 Street. During a search incident to arrest police found ▮▮▮ in possession of 18.31 grams of soft cocaine (approximate street value of $1050). ▮▮▮ was also found in possession $120 cash. He was transported to Detainee Management Unit.

Catalytic converters thefts have been rampant, affecting thousands of victims throughout Alberta. SPT#2 seized 745 catalytic converters as proceeds of crime incident to the search warrant execution at 6150 88 Street. A new catalytic converter has an estimated replacement cost of $1,500 to $2,500. Based on an average $2,000 evaluation per unit, the 745 catalytic converters seized have an estimated replacement value of $1,490,000.00. During a search of the location SPT#2 did not locate any documentation to show how the business owner

obtained the property. Police believe that the catalytics converters have been obtained through theft and are being used as currency in exchange for controlled substances.

The investigation is on going.

| Author: | #3502 KUZMA, R.(Member i/c) | Created: | 2022/12/02 02:26 |
|---|---|---|---|
| | | Approved: | 2022/12/02 03:06 |

On June 12, 2022 the AC: ▮▮▮▮▮ was released on a $1500 promise to pay for charges related to a trafficking in stolen property investigation (EPS File #20-38298). The AC was released on the following condition:

1) YOU SHALL NOT BE IN POSSESSION OF ANY STAND ALONE (TAKEN OFF THE VEHICLE) CATALYTIC CONVERTERS UNLESS YOU CAN PRODUCE A LAWFUL BILL OF SALE.

In continuation of the investigation, the AC: ▮▮▮▮▮ was located by SPT#2 in the area of 97 ST and 153 AV. During this time ▮▮▮ was found in a recently purchased 2022 Ford F-150 (AB#CNG0072). At 0030 hours ▮▮▮ was placed under arrest and transported to Detainee Management Unit.

During the search of 6144/6150 88 ST Police did not locate any bill of sale or legal documentation for the vast quantity of catalytic converters.

Tekie AWTE, ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮ did not have a valid Possession and Acquisition Licences (PAL)