# CCN # 23140150 - Arrest Report

| REPORT DATE / TIME | DISTRICT / PSA / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Aug 25, 2023 20:51 | | Aug 25, 2023 17:32 |

| REPORT AUTHOR | WEATHER |
|---|---|
| Ethan Way 10813 | Cloudy |

ASSISTING PERSONNEL / TYPE(S)

Ashley Collins 12851 #4178 (Assisting Officer), Jefferson Chung 12464 #2126 (Assisting Officer), Jonathan Hasstedt 12974 #2403 (Assisting Officer), Justus Hsu #2587 (Assisting Officer), Katherine Changes 12156 #2208 (Assisting Officer), Khiorie Stewart 12602 #2213 (Assisting Officer)

REPORT TAKEN LOCATION

| STREET CRIME | SHOTS FIRED | SHOTS EFFECT | WERE THERE PARAMEDICS AT THE SCENE OF THE EVENT? |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ■ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |

| UNIT | INVOLVES SCHOOL INCIDENT? | INVOLVES ARREST OR CUSTODIAL-RELATED DEATH? |
|---|---|---|
| | ☐ YES ☐ NO | ☐ YES ☐ NO |

STAT REPORTING

- ☐ GPS Tracking Device (by vehicle manufacturer)
- ☐ Public Housing
- ☐ NOI or NOV Issued
- ☐ GPS Tracking Device (in vehicle)
- ☐ GPS Tracking Device (on personal article)
- ☐ ABC Violation or Incident
- ☐ Offense Occurred Inside Street Car
- ☐ School Zone
- ☐ Offense Occurred on Street Car Track
- ☐ Offense Occurred On Street Car Platform
- ☐ Referred to PAD Program
- ☐ White House Involved
- ☐ School-Based Event
- ☐ Naloxone (Narcan) deployed by MPD

## STATEMENT OF FACTS

BWC Activated

This statement of facts is based on my best recollection without having the legal authorization to review any associated body worn camera footage to assist in writing this statement as accordance to the Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 passed by the DC Council.

All observations referenced below that were not personally made by me, were relayed directly to me by the person or officer who made such observation, or by those who corroborated such information, or were reported in substance or in part on reports that I have reviewed.

Officer Way was working the evening tour of duty, in a marked scout car, a full uniform and was utilizing call sign CP706E. Officer Way was on patrol when he received a radio run for 4323 3rd. St. SE Washington D.C. 20032. The call for service was in reference to the Special Police Officers (SPOs) for the listed location having several people stopped for a weapons violation.

Upon arrival to the scene, Officer Way met with SPO Captian Wright. SPO Wright stated he received a call for 4327 3rd. St. Washington D.C. 20032 Apt. 103. The call for service was for several individuals inside of apartment 103, which was reported a vacant unit. SPO Wright and SPO Sowhow went to the apartment door while SPO Norris went to the rear of the location to see if anyone flees. SPO Wright and Sowhow could hear multiple individuals inside of the apartment. The SPO's then knocked on the door and announced themselves. SPO Wright and SPO Sowhow then reported that the individuals became quiet and they could now only hear shuffling.

SPO Norris then witnessed R-1, W-1 and W-2 flee out of a rear window of the apartment. SPO Norris went over his radio and gave a lookout for all three individuals. SPO Sowhow then exited the building and gave chase to R-1 who he still saw running. SPO Sowhow then gave a loud verbal command for R-1 to stop, to which R-1 did not comply. As R-1 was trying to evade SPO Sowhow, R-1 bladed his body towards SPO Sowhow. SPO Sowhow could now see the front of R-1's body at which point he noticed a large bulge coming from R-1's left waistband area. R-1 then turned back around and continued to flee from SPO Sowhow. SPO Sowhow recognized R-1's behaviors and characteristics to be that of a possible armed gunman.

SPO Sowhow was able to catch up with R-1 and stop him. SPO Sowhow and SPO Parker were able to place R-1 in handcuffs at which point SPO Parker asked if there was anything on R-1's person that may harm him. R-1 then stated "look at my leg". SPO Parker then

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26 [obscured] e) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

GOVERNMENT EXHIBIT E 1:22-CR-389-ELR-JEM PENGAD 800-631-6989

looked at R-1's left leg and could see an outline of a firearm at R-1's knee. It is important to note that R-1 was wearing tight form fitting jeans, therefore the outline was quite prominent. Upon patting the object down SPO Parker was able to recognize the object as a firearm. SPO Parker then removed the firearm from R-1's pant leg.

The firearm was a black in color handgun. Upon further inspection the handgun was a Glock 357 with an obliterated serial number. There was 1 in the 9mm round in the chamber and 8 more rounds in the magazine. the firearm appeared to be fully functional, able to expel a projectile by the action of an explosion, had a barrel length of less than twelve inches, and is capable of being fired with the use of one hand.

For his safety, SPO Parker asked R-1 if there was anything else on his person. R-1 then stated "I've got another one". SPO Parker then secured the first firearm and SPO Norris took over custody of R-1. SPO Norris then asked where the second firearm was. R-1 then stated "right here" while moving his hip. SPO Norris then patted the area of R-1's hip and felt what he recognized to be a firearm. SPO Norris then removed a second firearm from R-1's person.

Upon inspection of the second the firearm, it appeared to be fully functional, able to expel a projectile by the action of an explosion, had a barrel length of less than twelve inches, and is capable of being fired with the use of one hand. The firearm was a black in color Glock 19 bearing a serial number of BWAH916 with one 9mm round in the chamber and 9 additional rounds in the 17 round ammunition feeding device.

R-1 was then subsequently placed under arrest for Carrying a Pistol Without a License x2, Possession of an Unregistered Firearm, Possession of Unregistered Ammunition, Possession of a Large Capacity Feeding Device, Alter ID Marks of a Weapon and Resisting Arrest.

R-1 was identified by bystanders as Veney, Tyon DOB: [redacted]/2007 a black male with no fixed address. R-1 later verbally identified himself as such as the Juvenile Processing Center.

R-1 was transported to JPC for processing.

An additional WALES/NCIC inquiry indicated that R-1 does not have a license to carry firearms within the District of Colombia. R-1 is also not of the legal age to possess a firearm in the District of Colombia.

It should be duly noted that there are no firearm or ammunition manufacturers in the District of Columbia therefore the firearm and ammunition in this case would have travelled in interstate commerce prior to being recovered in the District of Columbia.

*REPORTING PARTY-1*

| REPORTING PARTY-1 (PERSON) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| R-1 Wright, Captain | | | 20 - 60 years old |
| **SEX** | **RACE / ETHNICITY** | **PHONE NUMBER** | **EMAIL ADDRESS** |
| Male | BLACK | [redacted] (primary, Mobile Phone) | |
| **HOME ADDRESS** | | | **BEEN AT LOCATION SINCE** |
| No Fixed Address | | | |

## ARREST #JU2315912 (ON SCENE - NO WARRANT)

| ARREST DATE / TIME | MPD BOOKING UNIT OR OTHER ARRESTING AGENCY | | ARREST TYPE |
|---|---|---|---|
| Aug 25, 2023 18:20 | Juvenile Processing - JU | | On Scene - No Warrant |
| **NOI NUMBER(S)** | **ARRESTING OFFICER** | | |
| | Ethan Way 10813 | | |
| **TACTICS USED** | **ADVISED RIGHTS** | **ADVISING OFFICER** | |
| Radio Run | ☐ YES ■ NO | | |
| **ADVISED RIGHTS RESPONSE** | **WAS ARRESTEE FINGERPRINTED?** | **INCIDENT TRANSACTION NUMBER** | |
| | ☐ YES ☐ NO | | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| **PRINT NAME** | **PRINT NAME** |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

## *DEFENDANT*

| DEFENDANT NAME (LAST, FIRST MIDDLE) | SEX |
|---|---|
| D-1 Veney, Tyon | Male |

| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY |
|---|---|
| 2007-[redacted] *juvenile)* | Black |

| PHONE NUMBER | EMAIL ADDRESS |
|---|---|
| | |

HOME ADDRESS
[redacted], WASHINGTON, DC 20032

| TRUE NAME | SSN # |
|---|---|
| | |

| NATIONAL ID NUMBER | PDID NUMBER | FBI ID # |
|---|---|---|
| | [redacted] | |

| CRO ID | PNC ID |
|---|---|
| | |

| DEFENDANT WAS ARMED WITH | DEFENDANT REMARKS |
|---|---|
| Handgun | . |

WALES/NCIC CHECK #S (COMMA-SEPARATED)
1528408819

ARREST STATISTICS

- ☐ Public Housing
- ☐ School Zone
- ☐ Phone Call Made?
- ☐ Prisoner's Property Inventoried?

## *ARREST LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
4323 3RD STREET SE

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| WASHINGTON | DC | 20032 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| | |

| LOCATION CATEGORY | DISTRICT / PSA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| Residence/Home | |

| COUNTY | PUBLIC / PRIVATE | POSITION |
|---|---|---|
| | Private | |

## *COMPLAINANT/WITNESS-1*

| COMPLAINANT/WITNESS-1 NAME (LAST, FIRST MIDDLE) | PHONE NUMBER |
|---|---|
| CP-1 [redacted] | |

HOME ADDRESS
[redacted] WASHINGTON, DC 20032

## *COMPLAINANT/WITNESS-2*

| COMPLAINANT/WITNESS-2 NAME (LAST, FIRST MIDDLE) | PHONE NUMBER |
|---|---|
| CP-2 [redacted] | |

HOME ADDRESS
[redacted], WASHINGTON, DC 20010

## *COMPLAINANT/WITNESS-3*

| COMPLAINANT/WITNESS-3 NAME (LAST, FIRST MIDDLE) | PHONE NUMBER |
|---|---|
| CP-3 Wright, Captain | [redacted] |

HOME ADDRESS
No Fixed Address

## *COMPLAINANT/WITNESS-4*

| COMPLAINANT/WITNESS-4 NAME (LAST, FIRST MIDDLE) | PHONE NUMBER |
|---|---|
| CP-4 Norris, Corporal | [redacted] |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

HOME ADDRESS

*COMPLAINANT/WITNESS-5*

| COMPLAINANT/WITNESS-5 NAME (LAST, FIRST MIDDLE) | PHONE NUMBER |
|---|---|
| CP-5 Sowho, Obaromine | ( [redacted] |

HOME ADDRESS

[redacted]

*COMPLAINANT/WITNESS-6*

| COMPLAINANT/WITNESS-6 NAME (LAST, FIRST MIDDLE) | PHONE NUMBER |
|---|---|
| CP-6 PARKER, OBIE III | [redacted] |

HOME ADDRESS

[redacted]

*COMPLAINANT/WITNESS-7*

| COMPLAINANT/WITNESS-7 NAME | PHONE NUMBER |
|---|---|
| CP-7 Pchange | ( [redacted] |

ADDRESS

APARTMENTS - MARBURY PLAZA, 2300 GOOD HOPE ROAD SE, WASHINGTON, DC 20020

*CHARGES*

| LOCKUP # | AFIS # | LOCKUP DATE |
|---|---|---|
| 523 | | Aug 25, 2023 20:00 |

LOCKUP LOCATION

| CHARGES - 1 | COUNT |
|---|---|
| CPWOL Outside Home or Business (Prior Felony) in violation of 2nd Emergency Act of 2014 Act 20-0564 \| DCC 22DC4504(A)(2)X(2001 | 1 |

| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| 23140150 | CPWOL Outside Home or Business (Prior Felony) in violation of 2nd Emergency Act of 2014 Act 20-0564 \| DCC 22DC4504(A)(2)X(2001 | Aug 25, 2023 17:32 | Aug 25, 2023 17:45 |

OFFENSE LOCATION

CHARGE STATUS

| ARREST DISPOSITION DATE / TIME | RECEIPT # | AMOUNT PAID (US$) | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE / TIME |
|---|---|---|---|---|
| Aug 25, 2023 17:32 | | | Referred To Juvenile Court or Probation Department | Aug 26, 2023 17:32 |

ARREST DISPOSITION

- ☐ Booking Order
- ☐ Bond (court ordered only)
- ☐ Citation Release
- ☐ Release to Parent (Youth Division Only)
- ☒ Lockup
- ☐ Post And Forfeit

| CHARGES - 2 | COUNT |
|---|---|
| CPWOL Outside Home or Business (Prior Felony) in violation of 2nd Emergency Act of 2014 Act 20-0564 \| DCC 22DC4504(A)(2)X(2001 | 1 |

| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| 23140150 | CPWOL Outside Home or Business (Prior Felony) in violation of 2nd Emergency Act of 2014 Act 20-0564 \| DCC 22DC4504(A)(2)X(2001 | Aug 25, 2023 17:32 | Aug 25, 2023 17:35 |

OFFENSE LOCATION

CHARGE STATUS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

| ARREST DISPOSITION DATE / TIME | RECEIPT # | AMOUNT PAID (US$) | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE / TIME |
|---|---|---|---|---|
| Aug 25, 2023 17:32 | | | Referred To Juvenile Court or Probation Department | Aug 25, 2023 17:32 |

ARREST DISPOSITION

- ☐ Booking Order
- ☐ Bond (court ordered only)
- ☐ Citation Release
- ☐ Release to Parent (Youth Division Only)
- ■ Lockup
- ☐ Post And Forfeit

| CHARGES - 3 | COUNT |
|---|---|
| Possession Of Unregistered Firearm/unlawful Possession Of A Firearm Or Destructive Device \| DCC 7DC2502.01 | 1 |

| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| 23140150 | Possession Of Unregistered Firearm/unlawful Possession Of A Firearm Or Destructive Device \| DCC 7DC2502.01 | Aug 25, 2023 17:32 | Aug 25, 2023 17:45 |

OFFENSE LOCATION

CHARGE STATUS

| ARREST DISPOSITION DATE / TIME | RECEIPT # | AMOUNT PAID (US$) | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE / TIME |
|---|---|---|---|---|
| Aug 25, 2023 17:32 | | | Referred To Juvenile Court or Probation Department | Aug 25, 2023 17:32 |

ARREST DISPOSITION

- ☐ Booking Order
- ☐ Bond (court ordered only)
- ☐ Citation Release
- ☐ Release to Parent (Youth Division Only)
- ■ Lockup
- ☐ Post And Forfeit

| CHARGES - 4 | COUNT |
|---|---|
| Possession Of Unregistered Ammunition \| DCC 7DC2506.01 \| USC 07DUSC02506.01 | 1 |

| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| 23140150 | Possession Of Unregistered Ammunition \| DCC 7DC2506.01 \| USC 07DUSC02506.01 | Aug 25, 2023 17:32 | Aug 25, 2023 17:45 |

OFFENSE LOCATION

CHARGE STATUS

| ARREST DISPOSITION DATE / TIME | RECEIPT # | AMOUNT PAID (US$) | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE / TIME |
|---|---|---|---|---|
| Aug 25, 2023 17:32 | | | Referred To Juvenile Court or Probation Department | Aug 25, 2023 17:32 |

ARREST DISPOSITION

- ☐ Booking Order
- ☐ Bond (court ordered only)
- ☐ Citation Release
- ☐ Release to Parent (Youth Division Only)
- ■ Lockup
- ☐ Post And Forfeit

| CHARGES - 5 | COUNT |
|---|---|
| Alter Id Marks Of A Weapon \| DCC 22DC4512 | 1 |

| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| 23140150 | Alter Id Marks Of A Weapon \| DCC 22DC4512 | Aug 25, 2023 17:32 | Aug 25, 2023 17:45 |

OFFENSE LOCATION

CHARGE STATUS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

| ARREST DISPOSITION DATE / TIME | RECEIPT # | AMOUNT PAID (US$) | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE / TIME |
|---|---|---|---|---|
| Aug 25, 2023 17:32 | | | Referred To Juvenile Court or Probation Department | Aug 25, 2023 17:32 |

ARREST DISPOSITION

- ☐ Booking Order
- ☐ Bond (court ordered only)
- ☐ Citation Release
- ☐ Release to Parent (Youth Division Only)
- ■ Lockup
- ☐ Post And Forfeit

| CHARGES - 6 | | | COUNT |
|---|---|---|---|
| Possession Of A Large Capacity Ammunition Feeding Device (and) \| DCC 7DC2506.01(B) | | | 1 |
| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
| 23140150 | Possession Of A Large Capacity Ammunition Feeding Device (and) \| DCC 7DC2506.01(B) | Aug 25, 2023 17:32 | Aug 25, 2023 17:45 |

OFFENSE LOCATION

CHARGE STATUS

| ARREST DISPOSITION DATE / TIME | RECEIPT # | AMOUNT PAID (US$) | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE / TIME |
|---|---|---|---|---|
| Aug 25, 2023 17:32 | | | Referred To Juvenile Court or Probation Department | Aug 25, 2023 17:32 |

ARREST DISPOSITION

- ☐ Booking Order
- ☐ Bond (court ordered only)
- ☐ Citation Release
- ☐ Release to Parent (Youth Division Only)
- ■ Lockup
- ☐ Post And Forfeit

| CHARGES - 7 | | | COUNT |
|---|---|---|---|
| Resisting Arrest \| DCC 22DC405.01 | | | 1 |
| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
| 23140150 | Resisting Arrest \| DCC 22DC405.01 | Aug 25, 2023 17:32 | Aug 25, 2023 17:45 |

OFFENSE LOCATION

CHARGE STATUS

| ARREST DISPOSITION DATE / TIME | RECEIPT # | AMOUNT PAID (US$) | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE / TIME |
|---|---|---|---|---|
| Aug 25, 2023 17:32 | | | Referred To Juvenile Court or Probation Department | Aug 25, 2023 17:32 |

ARREST DISPOSITION

- ☐ Booking Order
- ☐ Bond (court ordered only)
- ☐ Citation Release
- ☐ Release to Parent (Youth Division Only)
- ■ Lockup
- ☐ Post And Forfeit

| TITLE 16 | TITLE 16 NOTES |
|---|---|
| ☐ YES ☐ NO | |

*BAIL HEARING*

| COURT | COURT DATE / TIME | JUDGE | BAIL AMOUNT ($) |
|---|---|---|---|
| | Aug 26, 2023 09:00 | | |

PLACE COMMITTED / DETAINED

## DUI ARREST CARD

*CORE INFO*

| WAS THERE A DUI ARREST? | REASONS FOR STOP |
|---|---|
| No | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

## STOP

| STOP TYPE | REASON FOR STOP | ACIC CHECKED |
|---|---|---|
| | | |

| SEARCH / FRISK CONDUCTED | REASON FOR SEARCH | WAS SEARCH CONSENTED? |
|---|---|---|
| | | |

| WAS PHYSICAL FORCE RESULTING IN BODILY INJURY USED DURING STOP? | WAS CONTRABAND DISCOVERED? | DESCRIPTION OF CONTRABAND |
|---|---|---|
| | | |

| RESULT OF STOP | ARREST BASED ON? | WAS RACE / ETHNICITY KNOWN PRIOR TO STOP? |
|---|---|---|
| | | |

VIOLATION NUMBER

WHAT SPECIFIC FACTS GIVE RISE TO A RAS REGARDING THE INDICATED CRIMES?

WHAT SPECIFIC FACTS GIVE RISE TO A RAS THAT THE PERSON WAS ARMED?

WHAT SPECIFIC FACTS GIVE RISE TO A RAS THAT THE PERSON WAS PRESENTLY DANGEROUS?

IF SEARCHED, DESCRIBE THE PROBABLE CAUSE

IF SEARCHED, DESCRIBE EXIGENT CIRCUMSTANCES

DISPOSITION FOR CONTACT / STOP

- ☐ Search Conducted
- ☐ Other Warning Issued
- ☐ District Intelligence Officer
- ☐ Fine/Citation Issued
- ☐ Passengers Arrested
- ☐ Verbal Warning
- ☐ Report Taken
- ☐ Weapon Seized
- ☐ Fine/Citation Issued
- ☐ Verbal Warning
- ☐ Juvenile Diversion
- ☐ Drugs Seized
- ☐ Operator Arrested
- ☐ Notice of Intent Issued
- ☐ Vehicle Impounded
- ☐ Weapon Seized
- ☐ No Action
- ☐ Other

| WAS A STOP INVOLVED? | WHAT WAS THE REASON FOR THIS STOP? |
|---|---|
| | |

WAS AN ARREST INVOLVED?

WAS STOP INFORMATION ALREADY COLLECTED ON AN O/I REPORT?

Yes

| IS LOCATION K-12 PUBLIC SCHOOL? | K-12 PUBLIC SCHOOL NAME |
|---|---|
| | |

## COURT CASE

| COURT TYPE | COURT | COURT DATE / TIME |
|---|---|---|
| | | Aug 26, 2023 09:00 |

| JUDGE | BAIL AMOUNT ($) | PLACE COMMITTED / DETAINED |
|---|---|---|
| | | |

COURT ROOM NUMBER

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | DECLARED VALUE (US$) |
|---|---|---|---|---|
| Glock 19 / Glock, Inc. / 19 | Seized / Aug 25, 2023 / Evidence | BWAH916 | 1 | 1 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

| | | | | |
|---|---|---|---|---|
| glock 357 / Glock, Inc. / 357 | Seized / Aug 25, 2023 / Evidence | | 1 | 1 |
| ammunition / Gold | Seized / Aug 25, 2023 / Evidence | | 19 | 1 |
| extended magazine clip / Black | Seized / Aug 25, 2023 / Evidence | | 1 | 1 |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MIDDLE NAME | NAME SUFFIX |
|---|---|---|---|
| Captain | Wright | | |

| PERSON TITLE | MARITAL STATUS | DISABILITY STATUS | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| | | | 20 - 60 years old |

| PLACE OF BIRTH / STATE OF BIRTH | RACE / ETHNICITY | SEX | DECEASED |
|---|---|---|---|
| | BLACK | Male | ☐ YES ■ NO |

| DATE OF DEATH | CITIZENSHIP | SSN # |
|---|---|---|
| | | |

| NATIONAL ID NUMBER | PDID NUMBER | FBI ID # |
|---|---|---|
| | | |

| CRO ID | PNC ID | RESIDENT OF JURISDICTION? |
|---|---|---|
| | | Unknown |

| HOME ADDRESS-1 | ENTERED DATE | BEEN AT LOCATION SINCE |
|---|---|---|
| No Fixed Address | Aug 25, 2023 | |

| WORK ADDRESS-1 | ENTERED DATE | BEEN AT LOCATION SINCE |
|---|---|---|
| [redacted] WASHINGTON, DC 20032 | Aug 25, 2023 | |

| PHONE NUMBER | EMAIL ADDRESS |
|---|---|
| [redacted] (primary, Mobile Phone) | |

| LANGUAGE(S) SPOKEN | NEEDS INTERPRETER |
|---|---|
| | ☐ YES ☐ NO |

NAME IDENTIFIER
Other: SPO ID Number: SPO40001168

| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) | HEIGHT | WEIGHT | EYE COLOR |
|---|---|---|---|
| | | | |

| SKIN TONE | FACIAL HAIR | IDENTIFYING MARKS |
|---|---|---|
| | | |

| HAIR COLOR / LENGTH / STYLE | VISION | BUILD |
|---|---|---|
| | | |

PHYSICAL CHARACTERISTICS / BEHAVIORAL CHARACTERISTICS / MOOD / MODUS OPERANDI / SKILLS

CAUTIONS

NOTES

| DL ID # | DL STATE | DL STATUS |
|---|---|---|
| | | |

| DL TYPE | DL ENDORSEMENT |
|---|---|
| | |

| OTHER NAMES USED(S) | OTHER DATE OF BIRTH(S) |
|---|---|
| | |

| SUSPECTED GANG AFFILIATION | CRITERIA |
|---|---|
| | |

EMANCIPATION DATE

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MIDDLE NAME | NAME SUFFIX |
|---|---|---|---|
| Tyon | Veney | | |

| PERSON TITLE | MARITAL STATUS | DISABILITY STATUS | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| | | | 2007[redacted] *(juvenile)* |

| PLACE OF BIRTH / STATE OF BIRTH | RACE / ETHNICITY | SEX | DECEASED |
|---|---|---|---|
| | Black | Male | ☐ YES ■ NO |

| DATE OF DEATH | CITIZENSHIP | SSN # |
|---|---|---|
| | | |

| NATIONAL ID NUMBER | PDID NUMBER | FBI ID # |
|---|---|---|
| | DC763501 | |

| CRO ID | PNC ID | RESIDENT OF JURISDICTION? |
|---|---|---|
| | | |

| HOME ADDRESS-1 | ENTERED DATE | BEEN AT LOCATION SINCE |
|---|---|---|
| [redacted], WASHINGTON, DC 20032 | May 11, 2020 | |

| PHONE NUMBER | EMAIL ADDRESS |
|---|---|
| | |

| LANGUAGE(S) SPOKEN | NEEDS INTERPRETER |
|---|---|
| | ☐ YES ☐ NO |

| NAME IDENTIFIER |
|---|
| |

| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) | HEIGHT | WEIGHT | EYE COLOR |
|---|---|---|---|
| | 5' 5" | 115 lbs - 120 lbs | Brown |

| SKIN TONE | FACIAL HAIR | IDENTIFYING MARKS |
|---|---|---|
| Medium | | |

| HAIR COLOR / LENGTH / STYLE | VISION | BUILD |
|---|---|---|
| Black | | Thin |

| PHYSICAL CHARACTERISTICS / BEHAVIORAL CHARACTERISTICS / MOOD / MODUS OPERANDI / SKILLS |
|---|
| |

| CAUTIONS |
|---|
| |

| NOTES |
|---|
| |

| DL ID # | DL STATE | DL STATUS |
|---|---|---|
| | | |

| DL TYPE | DL ENDORSEMENT |
|---|---|
| | |

| OTHER NAMES USED(S) | OTHER DATE OF BIRTH(S) |
|---|---|
| | |

| SUSPECTED GANG AFFILIATION | CRITERIA |
|---|---|
| | |

| EMANCIPATION DATE |
|---|
| |

## ORGANIZATION ADDENDUM

| ORGANIZATION NAME |
|---|
| Pchange |

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

| PHYSICAL ADDRESS | BEEN AT LOCATION SINCE |
|---|---|
| APARTMENTS - MARBURY PLAZA, 2300 GOOD HOPE ROAD SE, WASHINGTON, DC 20020 | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

| MAILING ADDRESS | BEEN AT LOCATION SINCE |
|---|---|
| PCHANGE, 8181 PROFESSIONAL PL, HYATTSVILLE, MD 20785 | |

| EMAIL ADDRESS | PHONE NUMBER |
|---|---|
| c.troutman@pchangellc.com (Work Email) | (800) 679-1216 (Work Phone) |

NAME IDENTIFIER

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Captain Wright | COWORKER OF | Corporal Norris |
| Captain Wright | STRANGER OF | [redacted] |
| Captain Wright | COWORKER OF | Obaromine Sowho |
| Captain Wright | EMPLOYEE | Pchange |
| Captain Wright | COWORKER OF | SPO OBIE PARKER III |
| Captain Wright | STRANGER OF | [redacted] |
| Captain Wright | STRANGER OF | Tyon Veney |
| Corporal Norris | COWORKER OF | Obaromine Sowho |
| Corporal Norris | EMPLOYEE | Pchange |
| Corporal Norris | COWORKER OF | SPO OBIE PARKER III |
| [redacted] | STRANGER OF | Corporal Norris |
| [redacted] | STRANGER OF | Obaromine Sowho |
| [redacted] | TIED TO - frequents location | Pchange |
| [redacted] | STRANGER OF | SPO OBIE PARKER III |
| [redacted] | FRIEND OF | [redacted] |
| Obaromine Sowho | EMPLOYEE | Pchange |
| Obaromine Sowho | COWORKER OF | SPO OBIE PARKER III |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Obaromine Sowho | CHILD OF | Tyon Veney |
| SPO OBIE PARKER III | EMPLOYEE | Pchange |
| [REDACTED] | COWORKER OF | Obaromine Sowho |
| [REDACTED] | TIED TO - frequents location | Pchange |
| [REDACTED] | STRANGER OF | SPO OBIE PARKER III |
| Tyon Veney | STRANGER OF | Corporal Norris |
| Tyon Veney | FRIEND OF | [REDACTED] |
| Tyon Veney | TIED TO - frequents locaiton | Pchange |
| Tyon Veney | STRANGER OF | SPO OBIE PARKER III |
| Tyon Veney | FRIEND OF | [REDACTED] |

## PROPERTY & ITEMS ADDENDUM

*23140150-1 FIREARM - GLOCK 19*

FIREARM TYPE: Handgun, Semi-Automatic
DESCRIPTION: Glock 19
FIREARM MAKE: Glock, Inc.
SERIAL #: BWAH916
REGISTRATION #:
IDENTIFIER:
FINISH:
STOCK:
GRIP:
CALIBER / GAUGE (OTHER): 9mm
NCIC FIREARM CALIBER:
BARREL LENGTH:
# OF SHOTS:
ALTERATION INDICATED: ☐ YES ☐ NO
BIOHAZARD: ☐ YES ■ NO
EXPLAIN BIOHAZARD:
IN POSSESSION OF: Tyon Veney
STATUS: Seized
STATUS DATE: Aug 25, 2023
DECLARED VALUE (US$): $1
FORFEITURE VALUE (US$): $1
QUANTITY: 1
IN POLICE CUSTODY: Yes

REPORTING OFFICER SIGNATURE / DATE: Ethan Way 10813 Aug 26, 2023 02:20 (e-signature)
PRINT NAME: Ethan Way 10813

SUPERVISOR SIGNATURE / DATE: STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature)
PRINT NAME: STEPHEN PAPPALARDO 8684

REASON FOR POLICE CUSTODY
Evidence

RECOVERING OFFICER / ID # / PERSON
Ethan Way 10813

| OWNER NOTIFIED? | DATE NOTIFIED | NOTIFIER NAME |
|---|---|---|
| | | |

STATEMENT OF FACTS
See narrative

| NCIC CHECK MADE FOR IDENTIFIABLE PROPERTY? | NCIC SEARCH #S (COMMA SEPARATE #S) | NCIC # |
|---|---|---|
| Yes | 1528408136 | |

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON
DFS / DFS / NA

RECOVERED LOCATION
4323 3RD STREET SE, WASHINGTON, DC 20032

*23140150-2 FIREARM - GLOCK 357*

| FIREARM TYPE | DESCRIPTION | |
|---|---|---|
| Handgun, Semi-Automatic | glock 357 | |

| FIREARM MAKE | SERIAL # | REGISTRATION # |
|---|---|---|
| Glock, Inc. | | |

IDENTIFIER

| FINISH | STOCK |
|---|---|
| | |

| GRIP | CALIBER / GAUGE (OTHER) | NCIC FIREARM CALIBER |
|---|---|---|
| | | |

| BARREL LENGTH | # OF SHOTS | ALTERATION INDICATED |
|---|---|---|
| | | ■ YES ☐ NO |

BIOHAZARD
☐ YES ■ NO

EXPLAIN BIOHAZARD

IN POSSESSION OF
Tyon Veney

| STATUS | STATUS DATE | DECLARED VALUE (US$) |
|---|---|---|
| Seized | Aug 25, 2023 | $1 |

| FORFEITURE VALUE (US$) | QUANTITY | IN POLICE CUSTODY |
|---|---|---|
| $1 | 1 | Yes |

REASON FOR POLICE CUSTODY
Evidence

RECOVERING OFFICER / ID # / PERSON
Ethan Way 10813

| OWNER NOTIFIED? | DATE NOTIFIED | NOTIFIER NAME |
|---|---|---|
| | | |

STATEMENT OF FACTS
See narrative

| NCIC CHECK MADE FOR IDENTIFIABLE PROPERTY? | NCIC SEARCH #S (COMMA SEPARATE #S) | NCIC # |
|---|---|---|
| No | | |

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON
DFS / DFS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

RECOVERED LOCATION
4323 3RD STREET SE, WASHINGTON, DC 20032

*23140150-3 OTHER ITEM - AMMUNITION*

| ITEM CATEGORY | SERIAL # | BIOHAZARD |
|---|---|---|
| Other | | ☐ YES ■ NO |

EXPLAIN BIOHAZARD

IDENTIFIER

DESCRIPTION
ammunition

| COLOR | SIZE |
|---|---|
| Gold | 9mm |

IN POSSESSION OF
Tyon Veney

| STATUS | STATUS DATE | DECLARED VALUE (US$) | FORFEITURE VALUE (US$) |
|---|---|---|---|
| Seized | Aug 25, 2023 | 1 | $1 |

| QUANTITY | IN POLICE CUSTODY |
|---|---|
| 19 | Yes |

REASON FOR POLICE CUSTODY
Evidence

RECOVERING OFFICER / ID # / PERSON
Ethan Way 10813

| OWNER NOTIFIED? | DATE NOTIFIED | NOTIFIER NAME |
|---|---|---|
| | | |

STATEMENT OF FACTS
See narrative

| NCIC CHECK MADE FOR IDENTIFIABLE PROPERTY? | NCIC SEARCH #S (COMMA SEPARATE #S) | NCIC # |
|---|---|---|
| No | | |

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON
DFS / DFS

RECOVERED LOCATION
4323 3RD STREET SE, WASHINGTON, DC 20032

*23140150-4 OTHER ITEM - EXTENDED MAGAZINE CLIP*

| ITEM CATEGORY | SERIAL # | BIOHAZARD |
|---|---|---|
| Other | | ☐ YES ■ NO |

EXPLAIN BIOHAZARD

IDENTIFIER

DESCRIPTION
extended magazine clip

| COLOR | SIZE |
|---|---|
| Black | |

IN POSSESSION OF
Tyon Veney

| STATUS | STATUS DATE | DECLARED VALUE (US$) | FORFEITURE VALUE (US$) |
|---|---|---|---|
| Seized | Aug 25, 2023 | 1 | $1 |

| QUANTITY | IN POLICE CUSTODY |
|---|---|
| 1 | Yes |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

REASON FOR POLICE CUSTODY
Evidence

RECOVERING OFFICER / ID # / PERSON
Ethan Way 10813

| OWNER NOTIFIED? | DATE NOTIFIED | NOTIFIER NAME |
|---|---|---|
| | | |

STATEMENT OF FACTS
see narrative

| NCIC CHECK MADE FOR IDENTIFIABLE PROPERTY? | NCIC SEARCH #S (COMMA SEPARATE #S) | NCIC # |
|---|---|---|
| No | | |

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON
DFS / DFS

RECOVERED LOCATION
4323 3RD STREET SE, WASHINGTON, DC 20032

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 1546_001.pdf | Aug 25, 2023 21:00 | E. Way 10813 |
| PD81C.pdf | Aug 25, 2023 22:12 | E. Way 10813 |

## REPORT HISTORY

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 11/14/2023 23:36 | | Added **Role: MPD- All Except SPO** |

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/27/2023 13:30 | C. SMITH 6087 #L | Added **Event # 23140150** |

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24 | L. FERGUSON 1108 #CV8457 | Changed The Link Between **Arrest # 23-012569** and **Resisting Arrest \| DCC 22DC405.01** Charge |

ARREST DISPOSITION
*Lockup*

JUVENILE DISPOSITION DATE / TIME
~~08/26/2023 01:23~~*08/25/2023 17:32*

ARREST DISPOSITION DATE / TIME
*08/25/2023 17:32*

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24 | L. FERGUSON 1108 #CV8457 | Changed The Link Between **Arrest # 23-012569** and **CPWOL Outside Home or Business (Prior Felony) in violation of 2nd Emergency Act of 2014 Act 20-0564 \| DCC 22DC4504(A)(2)X (2001** Charge |

JUVENILE DISPOSITION DATE / TIME
~~08/26/2023 01:22~~*08/25/2023 17:32*

ARREST DISPOSITION
*Lockup*

ARREST DISPOSITION DATE / TIME
*08/25/2023 17:32*

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24 | L. FERGUSON 1108 #CV8457 | Changed The Link Between **Arrest # 23-012569** and **CPWOL Outside Home or Business (Prior Felony) in violation of 2nd Emergency Act of 2014 Act 20-0564 \| DCC 22DC4504(A)(2)X (2001** Charge |

ARREST DISPOSITION
*Lockup*

JUVENILE DISPOSITION DATE / TIME
~~08/26/2023 01:22~~*08/26/2023 17:32*

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24 | L. FERGUSON 1108 #CV8457 | Changed The Link Between **Arrest # 23-012569** and **Possession Of Unregistered Ammunition \| DCC 7DC2506.01 \| USC 07DUSC02506.01** Charge |

JUVENILE DISPOSITION DATE / TIME
~~08/26/2023 01:22~~*08/25/2023 17:32*

ARREST DISPOSITION
*Lockup*

ARREST DISPOSITION DATE / TIME
*08/25/2023 17:32*

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24 | L. FERGUSON 1108 #CV8457 | Changed The Link Between **Arrest # 23-012569** and **Alter Id Marks Of A Weapon \| DCC 22DC4512** Charge |

ARREST DISPOSITION
*Lockup*

JUVENILE DISPOSITION DATE / TIME
~~08/26/2023 01:23~~*08/25/2023 17:32*

ARREST DISPOSITION DATE / TIME
*08/25/2023 17:32*

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24 | L. FERGUSON 1108 #CV8457 | Changed The Link Between **Arrest # 23-012569** and **Possession Of Unregistered Firearm/unlawful Possession Of A Firearm Or Destructive Device \| DCC 7DC2502.01** Charge |

JUVENILE DISPOSITION DATE / TIME
~~08/26/2023 01:22~~*08/25/2023 17:32*

ARREST DISPOSITION
*Lockup*

ARREST DISPOSITION DATE / TIME
*08/25/2023 17:32*

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24 | L. FERGUSON 1108 #CV8457 | Changed The Link Between **Arrest # 23-012569** and **Possession Of A Large Capacity Ammunition Feeding Device (and) \| DCC 7DC2506.01(B)** Charge |

ARREST DISPOSITION
*Lockup*

JUVENILE DISPOSITION DATE / TIME
~~08/26/2023 01:23~~*08/25/2023 17:32*

ARREST DISPOSITION DATE / TIME
*08/25/2023 17:32*

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 08/26/2023 03:24<br>LOCKUP #<br>*523*<br>LOCKUP DATE<br>*08/25/2023 20:00* | L. FERGUSON 1108 #CV8457 | Changed **Arrest # 23-012569** |
| 08/26/2023 03:24<br>COURT DATE / TIME<br>*08/26/2023 09:00* | L. FERGUSON 1108 #CV8457 | Changed **Court Case** |
| 08/26/2023 02:21 | S. PAPPALARDO 8684 #8684 | Changed the report status to Completed |
| 08/26/2023 02:21 | S. PAPPALARDO 8684 #8684 | Changed the report status to Pending UCR Review |
| 08/26/2023 02:20 | E. Way 10813 #10813 | Changed the report status to Pending Supervisor Review |
| 08/26/2023 02:20<br>PDID NUMBER<br>*DC763501* | E. Way 10813 #10813 | Changed **Tyon Veney** |
| 08/26/2023 02:19 | E. Way 10813 #10813 | Changed the report status to Draft |
| 08/26/2023 01:29 | S. PAPPALARDO 8684 #8684 | Changed the report status to Completed |
| 08/26/2023 01:25 | M. MULLEN 10339 #2589 | Changed the report status to Pending UCR Review |
| 08/26/2023 01:24 | E. Way 10813 #10813 | Changed the report status to Pending Supervisor Review |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ethan Way 10813 Aug 26, 2023 02:20 (e-signature) | STEPHEN PAPPALARDO 8684 Aug 26, 2023 02:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ethan Way 10813 | STEPHEN PAPPALARDO 8684 |