|  | **TORONTO POLICE SERVICE** |
|---|---|
|  | NARRATIVE TEXT HARDCOPY |
| | GO# TP  2023-1030558 |

Narrative: **PROSECUTION SUMMARY - 2**
**PROSECUTION SUMMARY - KHODADAD & GREGORY**
Author: **11186 FULLARD, JONATHAN**
Related date: **Tuesday, 2023-May-09  at: 00:59**
Related event: **GO   2023 - 1030558**

**\*\*\*\* SYNOPSIS FOR A GUILTY PLEA \*\*\*\***

Accused #1: **Mohammad KHODADAD (2001.▮▮▮▮)**
Accused #2: **Lucas GREGORY (2000.▮▮▮▮)**

Charge #1: Unlawfully Possess Automobile Master Key (Key Programmer) - C.C. 353(1)(b) - **KHODADAD only**
Charge #2: Conspiracy to Commit An Indictable Offence - C.C. 465(1)(c) - **JOINT**
Charge #3: Unlawfully Possess Automobile Master Key (Box of Master Keys) - C.C. 353(1)(b) - **JOINT**
Charge #4: Possess Weapon - C.C. 88(1) - **JOINT**
Charge #5: Possess Restricted/Prohibited Firearm Without Hold License - C.C. 91(1) - **JOINT**
Charge #6: Possess Restricted/Prohibited Firearm Knowing Not Holding License - C.C. 92(1) - **JOINT**
Charge #7: Occupy Motor Vehicle with Firearm - C.C. 94(1) - **JOINT**
Charge #8: Possess Loaded Regulated Firearm - C.C. 95(1) - **JOINT**
Charge #9: Store Firearm Carelessly - C.C. 86(1) - **JOINT**
Charge #10: Possess Prohibited Device Knowing No Authority - Extended Magazine C.C. 92(2) - **JOINT**
Charge #11: Possess Prohibited Device Knowing No Authority - Device to Make Pistol Automatic Weapon C.C. 92(2) - **JOINT**
Charge #12: Alter/Make Firearm Automatic - C.C. 102(1) - **JOINT**
Charge #13: Possession Firearm While Prohibited - C.C. 117.01(1) - **KHODADAD only**
Charge #14: Possession Firearm While Prohibited - C.C. 117.01(1) - **KHODADAD only**

Stolen License Plate: CBKY 668 (on Honda CRV) - stolen from York Region
Stolen Vehicle #1: VIN: 2HKRW1H22MH000107 - 2024 Honda CRV grey in colour - stolen from Durham Region
Stolen Vehicle #2: VIN: WDC0G4KB6KV127983 -  CWSK 287 - 2019 Mercedes GLC white in colour - stolen from York Region

Rental Vehicle: VIN: 3VWE57BUXMM074137 - CSYV 788  - 2021 Volkswagen Jetta grey in colour.

Date: Monday, May 8, 2023

**BACKGROUND**

KHODADAD is currently on a firearms prohibition starting September 30, 2020 and ending September 29, 2025. The prohibition states:

> "Not possess any firearm, cross-bow, prohibited weapon, restricted weapon, prohibited device, ammunition, prohibited ammunition, prohibited ammunition or explosive substance"

KHODADAD is on a secondary firearms prohibition starting July 7, 2018 and ending July 19, 2023. The prohibition states:

> "Prohibited from possessing any firearm, crossbow,  prohibited weapon, restricted weapon, prohibited device, ammunition, prohibited ammunition or explosive substance for 5 years"



**\*\*\* CONFIDENTIAL \*\*\***

# TORONTO POLICE SERVICE
## NARRATIVE TEXT HARDCOPY

GO# TP 2023-1030558

**SYNOPSIS**

On Monday, May 8, 2023, plainclothes officers were in the area of Don Avon Drive and Donlea Drive for an unrelated police investigation. Officers became aware of a Honda CRV as it had parked on Don Avon Drive. Officers noticed a grey Honda CRV because the tires of the vehicle were hitting the curb of the road when the driver was trying to park the vehicle. Officers observed the Ontario license plate of the vehicle to be 'CBKY 668'. A check was done on a police database system into the license plate and it returned as stolen out of York Region. It was later determined after a check on the Honda CRV's Vehicle Identification Number (VIN) that it was also stolen.

The driver of the vehicle was later identified as a 'Young Offender' who then exited the CRV and entered into a 2019 white Mercedes GLC which was parked in front of the CRV. Officers observed the Ontario license plate of CWSK 287 affixed to white Mercedes as it was being driven away. A check was done a police database systems and the license plate of Mercedes returned as stolen out of York Region.

Officers followed the vehicle to a parking lot in the area of Gamble Avenue and Hillside Drive. The 'Young Offender' parked the vehicle next to a grey 2021 Volkswagen Jetta with Ontario marker CSYV 788. KHODADAD and GREGORY were standing beside the Volkswagen and began to talk to the 'Young Offender'.

Officers then approached the 'Young Offender' and placed him under arrest. Keys to both cars were located inside of the stolen vehicles which the 'Young Offender' was in possession of.

KHODADAD and GREGORY were subsequently placed under investigative detention for being involved with the stolen vehicles. On a pat down of KHODADAD officers located a mechanical key programmer designed for creating new keys. He was arrested for unlawfully being in possession of the key programmer *(Charge #1)*. He was also in possession of the keys to the Volkswagen.

Based on the 'Young Offender' being in possession of two stolen vehicles and KHODADAD being located with a master key programmer it was determined that both were involved in a conspiracy to steal these vehicles and thus committing an indictable offence *(Charge #2)*.

A pat down was completed on GREGORY during the initial arrest as he was placed under investigation detention and brass knuckles were located. The investigation at the time led officers to believe that GREGORY had no criminal involvement so he was released unconditionally.

Subsequent to GREGORY being released officers observed in plain view on the floor of the rear passenger area of the Volkswagen a cardboard box labelled 'Universal Remote' with a photo of a key fob. There were a number of blank keys in the box. *(Charge #3)*.

Officers additionally located a loaded Glock 19 handgun under the passenger seat of the Volkswagen. There were 18 rounds of 9mm ammunition located in an over extended magazine. 5 of 9mm ammunition were hallow point and the remaining 13 were regular 9mm ammunition. Additionally, there was a device on the handgun that turned the gun into an automatic firearm. GREGORY and KHODADAD do not have a firearm license *(Charges #4-#12)*.

At the time of the arrest KHODADAD was bound by two weapon prohibitions *(Charges #13-#14)*.

The 'Young Offender' and KHODADAD were transported to 55 Division and held for a show cause hearing.

***NOTE: Please refer to the separate 'Young Offender' Prosecution Summary and Z6 for details***

On Wednesday May 10th, 2023, GREGORY turned himself in to police and was held at 55 Division for a Show Cause Hearing.

*** CONFIDENTIAL ***



# TORONTO POLICE SERVICE
## NARRATIVE TEXT HARDCOPY

GO# TP 2023-1030558

**\*\*\*REPLACEMENT INFORMATION\*\*\***

On Monday, October 23rd 2023, a replacement information was put forward to reflect changes on wording for Charges #2, #8, #13 and #14 as directed by Crown Attorney Matthew Boissonneault.

**\*\*\* END OF HARDCOPY \*\*\***

**\*\*\* CONFIDENTIAL \*\*\***